**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| NORBERTO FARAON, AKA Norberto Fraon, AKA Norberto Praon, | No. 08-71692 |
| Petitioner, | Agency No. A042-575-492 |
| v. | MEMORANDUM[*] |
| ERIC H. HOLDER, Jr., Attorney General, | |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted March 8, 2012[**]
Pasadena, California

Before: FARRIS, CLIFTON, and IKUTA, Circuit Judges.

Because Faraon did not argue before the BIA that he attempted to withdraw

or should have been allowed to withdraw his concession to the charge of

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

removability, we have no jurisdiction to consider his petition. *See Barron v. Ashcroft*, 358 F.3d 674, 678 (9th Cir. 2004).

**DISMISSED.**